O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NOAVA MICHELLE MARTINEZ, | CASE NO. ED CV 12-00959 MWF (RZ) |
|---|---|
| Petitioner, | |
| vs. | JUDGMENT |
| D.K. JOHNSON, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of NOAVA MICHELLE MARTINEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 8, 2013

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE